# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| DAS NOBEL, Individually, and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>vs.<br><br>SOUTH FLORIDA STADIUM LLC D/B/A HARD ROCK STADIUM, CONFEDERACION SUDAMERICANA DE FUTBOL D/B/A CONMEBOL, CONFEDERATION OF NORTH, CENTRAL AMERICA AND CARRIBEAN ASSOCIATION FOOTBALL D/B/A CONCACAF, AND BEST CROWD MANAGEMENT, INC.,<br><br>                        Defendants. | Civil Case No. 1:24-cv-22751-BB |

## DEFENDANT SOUTH FLORIDA STADIUM LLC'S
## CORPORATE DISCLOSURE STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant South Florida Stadium LLC makes the following disclosures. Defendant South Florida Stadium LLC is a limited liability company organized under the laws of the state of Florida. South Florida Stadium LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: August 13, 2024

Respectfully submitted,

By: */s/ Melissa C. Pallett-Vasquez*
Melissa C. Pallett-Vasquez
Fla. Bar No.: 0715816
Matthew W. Tieman
Fla. Bar No.: 1044909
**BILZIN SUMBERG BAENA PRICE
& AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 350-2393
Facsimile: (305) 374-7593
Email: mpallett@bilzin.com
Email: mtieman@bilzin.com
Email: eservice@bilzin.com

*Counsel for Defendant South Florida Stadium LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/   Melissa C. Pallett-Vasquez*
Melissa C. Pallett-Vasquez