UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| DAS NOBEL, Individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SOUTH FLORIDA STADIUM LLC D/B/A HARD ROCK STADIUM, CONFEDERACION SUDAMERICANA DE FUTBOL D/B/A CONMEBOL, CONFEDERATION OF NORTH, CENTRAL AMERICA AND CARIBBEAN ASSOCIATION FOOTBALL D/B/A CONCACAF, AND BEST CROWD MANAGEMENT, INC.,<br><br>　　　　　　Defendants. | Civil Action No.  1:24-cv-22751-BB |

**DEFENDANT CONFEDERATION OF NORTH, CENTRAL AMERICA AND
CARIBBEAN ASSOCIATION FOOTBALL'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

　　　　Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Confederation of North, Central America and Caribbean Association Football ("CONCACAF") makes the following disclosures. CONCACAF is a Bahamian not-for-profit corporation. It has no parent company, and no other entity, publicly traded or private, owns any part of CONCACAF's stock. CONCACAF is the governing body of football (soccer) in the North America, Central America, and Caribbean region and administers the sport in these regions along with the Fédération Internationale de Football Association ("FIFA"), the world governing body for professional soccer. CONCACAF is one of six regional authorities, or confederations, of FIFA.

DATED: August 16, 2024                  Respectfully submitted,

                                               By: <u>/s/ Lawrence D. Silverman</u>
Lawrence D. Silverman
Lawrence.silverman@sidley.com
Lauren E. Gumerove
lgumerove@sidley.com
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, Florida 33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5101

John J. Kuster (*pro hac vice* forthcoming)
jkuster@sidley.com
Jon Muenz (*pro hac vice* forthcoming)
jmuenz@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Counsel for Defendant Confederation of North, Central America and Caribbean Association Football*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: /s/ Lawrence D. Silverman
Lawrence D. Silverman