UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **DAS NOBEL, Individually, and on behalf of all other similarly situated,** | |
| **Plaintiff,** | Case No.: 1:24-cv-22751-BB |
| v. | CLASS ACTION |
| **SOUTH FLORIDA STADIUM LLC D/B/A HARD ROCK STADIUM, CONFEDERACION SUDAMERICANA DE FUTBOL D/B/A CONMEBOL, CONFEDERATION OF NORTH, CENTRAL AMERICA AND CARIBBEAN ASSOCIATION FOOTBALL D/B/A CONCACAF, AND BEST CROWD MANAGEMENT, INC.,** | |
| **Defendants.** | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT IN COMPLIANCE WITH THIS COURT'S ORDER [DE 4]**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒ No.

    ☐ Yes, and

        ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

        ☐ The filer has no parent corporation.

   ☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

  ☐ No.

  ☒ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

   Plaintiff, Das Nobel is a natural person living in Dallas, Texas and a citizen of Texas.

   Defendant, South Florida Stadium LLC d/b/a Hard Rock Stadium is a citizen of Florida and maintains its principal place of business in Florida. Stephen Ross and the family of Wayne Huizenga are the sole owners and members of South Florida Stadium LLC. For citizenship purposes, Ross and the Huizenga family are citizens of the State of Florida.

   Defendant, Confederacion Sudamericana De Futbol d/b/a CONMEBOL is a citizen of Paraguay.

   Defendant, Confederation of North, Central America and Caribbean Association Football d/b/a Concacaf is a citizen of the Bahamas and maintains its principal place of business in Florida.

   Defendant, Best Crowd Management, Inc. is a citizen of Missouri and maintains its principal place of business in Missouri.

   This Court has subject-matter jurisdiction over this case under 28 U.S.C. § 1332(d) of the Class Action Fairness Act because the matter in controversy exceeds $5,000,000, exclusive of interest and costs, and it is a class action in which the parties are minimally diverse.

  a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

    ☒ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☐ No.

☒ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

☐ No.

☒ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e. Has the filer identified any corporation?

☐ No.

☒ Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f. Has the filer identified any natural person?

☐ No.

☒ Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐ No.

☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

Irwin Ast, P.A.

**Plaintiff's Counsel:**

**VARNELL & WARWICK, P.A.**
Janet R. Varnell
Brian W. Warwick
Christopher J. Brochu
Jeffrey Newsome
Pamela Levinson

**Defendants Counsel:**

**BILZIN SUMBERG BAENA PRICE & AXELROD**
Melissa Cade Pallett-Vasquez

**SIDLEY AUSTIN LLP**
Lawrence Dean Silverman

**BRYAN CAVE LEIGHTON PAISNER LLP**
Clement Ryan Reetz

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒ No.

☐     Yes, and this is the entity: [].

5. Is this a bankruptcy action?

☒     No.

☐     Yes, and the debtor is [].

☐     Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

☒     No.

☐     Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

☐     No.

☒     Yes, and this is the entity: The identities of the additional entities are unknown by the Plaintiff at this time.

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒     Yes.

Dated: August 20, 2024          Respectfully submitted,

**VARNELL & WARWICK, P.A.**

/s/ Jeffrey L. Newsome
Jeffrey L. Newsome; FBN: 1018667
Janet R. Varnell; FBN: 0071072
Brian W. Warwick; FBN: 0605573

        Christopher J. Brochu; FBN: 1013897
        Pamela G. Levinson, FBN: 538345
        400 N Ashley Drive, Suite 1900
        Tampa, FL  33602
        Telephone:  (352) 753-8600
        Facsimile:  (352) 504-3301
        *jvarnell@vandwlaw.com*
        *bwarwick@vandwlaw.com*
        *jnewsome@vandwlaw.com*
        *cbrochu@vandwlaw.com*
        *plevinson@vandwlaw.com*
        *ckoerner@vandwlaw.com*
        *jesquibel@vandwlaw.com*

        ***Attorneys for Plaintiff and the Proposed Class***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Jeffrey L. Newsome
Jeffrey L. Newsome
