UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 24-cv-22751-BLOOM/Elfenbein**

DAS NOBEL,

    Plaintiff,

v.

SOUTH FLORIDA STADIUM, LLC,
d/b/a Hard Rock Stadium, CONFEDERACION
SUDAMERICANA DE FUTBOL, d/b/a CONMEBOL,
CONFEDERATION OF NORTH, CENTRAL AMERICA
AND CARIBBEAN ASSOCIATION FOOTBALL, d/b/a
CONCACAF, BEST CROWD MANAGEMENT,

    Defendants.
_____/

**Case No. 24-cv-22828-BLOOM/Elfenbein**

WILLIAM POU,

    Plaintiff,

v.

CONFEDERACION SUDAMERICANA DE FUTBOL,
d/b/a CONMEBOL, CONFEDERATION OF NORTH, CENTRAL
AMERICA AND CARIBBEAN ASSOCIATION FOOTBALL,
d/b/a CONCACAF, MIAMI DOLPHINS, LTD., AND
SOUTH FLORIDA STADIUM, LLC, d/b/a Hard Rock Stadium

    Defendants.
_____/

**ORDER CONSOLIDATING CASES**

    **THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On August 22, 2024, this Court accepted transfer of Case Number 24-22828-CV-WILLIAMS, due to the overlapping issues between that case and the instant action and ordered that the incoming case bear

Case No. 24-cv-22751-BLOOM/Elfenbein

the case number 24-cv-22828-BB. Upon review of the two cases, the Court concludes that consolidation is appropriate here.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Case Number 24-cv-22828-BB is **CONSOLIDATED** with Case Number 24-cv-22751-BB.

2. The Clerk of Court is directed to **CLOSE** Case Number 24-cv-22828-BB for administrative purposes only.

3. **All future filings** in Case Number 24-cv-22828-BB shall be made under Case Number 24-cv-22751-BB only.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 27, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record