UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 24-cv-22751-BLOOM/Elfenbein**

DAS NOBEL,

    Plaintiff,

v.

SOUTH FLORIDA STADIUM, LLC,
d/b/a Hard Rock Stadium, CONFEDERACION
SUDAMERICANA DE FUTBOL, d/b/a CONMEBOL,
CONFEDERATION OF NORTH, CENTRAL AMERICA
AND CARIBBEAN ASSOCIATION FOOTBALL, d/b/a
CONCACAF, BEST CROWD MANAGEMENT,

    Defendants.
_____/

WILLIAM POU,

    Plaintiff,

v.

CONFEDERACION SUDAMERICANA DE FUTBOL,
d/b/a CONMEBOL, CONFEDERATION OF NORTH,
CENTRAL AMERICA AND CARIBBEAN ASSOCIATION
FOOTBALL, d/b/a CONCACAF, MIAMI DOLPHINS, LTD.,
AND SOUTH FLORIDA STADIUM, LLC,
d/b/a Hard Rock Stadium,

    Defendants.
_____/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR A
REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that the

Expedited Motion for Protective Order Limiting Communications with Putative Class Members,

Case No. 24-cv-22751-BLOOM/Elfenbein

ECF No. [10], is **REFERRED** to Magistrate Judge Marty Fulgueira Elfenbein for a Report and Recommendation.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 16, 2024.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record