UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 24-cv-22751-BLOOM/Elfenbein

DAS NOBEL, EDUARDO MARTINEZ,
DANIEL GRANDE, WILLIAM POU, and
DAVID ZIEMEK, individually and on behalf
of all others similarly situated,

    Plaintiffs,

v.

SOUTH FLORIDA STADIUM, LLC,
d/b/a Hard Rock Stadium, CONFEDERACION
SUDAMERICANA DE FUTBOL, d/b/a CONMEBOL,
CONFEDERATION OF NORTH, CENTRAL AMERICA
AND CARIBBEAN ASSOCIATION FOOTBALL, d/b/a
CONCACAF, BEST CROWD MANAGEMENT, INC.,
MIAMI DOLPHINS, LTD., COUNTY LINE SOUTH
PROPERTIES, LLC, DOLPHIN CENTER PROPERTIES, LLC,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR A STAY OF ALL DEADLINES

**THIS CAUSE** is before the Court upon the Joint Motion for a Stay of All Deadlines ("Motion"), ECF No. [152]. The Court has carefully reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised. For the reasons set forth below, the Motion is granted.

Plaintiffs' First Amended Complaint seeks redress for a class of invitee fans who paid money to attend the Copa America Final football match, but who Plaintiffs contend were denied entry because of Defendants' failure to implement adequate security protocols. ECF No. [83] at ¶ 1. In an effort to conserve party and judicial resources, the parties have agreed to mediate certain

Case No. 24-cv-22751-BLOOM/Elfenbein

non-merits issues. ECF No. [152] at 2. The parties have reserved a mediation date of March 28, 2025, and now seek a stay of all deadlines in this action. *Id.*

A district court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *see Cypress Chase Condo. Ass'n "A" v. QBE Ins. Corp.*, 2011 WL 1544860, at *5 (S.D. Fla. Apr. 15, 2011) ("Federal courts routinely exercise their power to stay a proceeding where a stay would promote judicial economy and efficiency."); *Rodriguez v. Univ. Prop. & Cas. Ins. Co.*, 2016 WL 9274717, at *1 (S.D. Fla. Oct. 27, 2016) (granting stay to conserve parties' and court's resources and allow parties to focus on upcoming mediation). Based on the circumstances, the Court finds good cause for granting the proposed stay.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion for a Stay of All Deadlines, **ECF No. [152]**, is **GRANTED**.

2. The action is **STAYED** pending mediation on **March 28, 2025**.

3. On or before **April 4, 2025**, the parties shall file a status report, indicating whether the case settled (in full or in part), the mediation was continued with the consent of the parties, whether the mediator declared an impasse, and whether participation was by video conference or in person. The parties may not reschedule the mediation without leave of court.

4. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

5. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED.**

Case No. 24-cv-22751-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 15, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record