UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:24-cv-22751-BLOOM/Elfenbein**

DAS NOBEL, EDUARDO MARTINEZ, DANIEL
GRANDE, WILLIAM POU, and DAVID ZIEMEK
on behalf of themselves and on behalf of all other
similarly situated,

                Plaintiffs,

vs.

SOUTH FLORIDA STADIUM LLC d/b/a HARD
ROCK STADIUM, MIAMI DOLPHINS, LTD;
COUNTY LINE SOUTH PROPERTIES, LLC;
DOLPHIN CENTER PROPERTIES, LLC;
CONFEDERACIÓN SUDAMERICANA DE
FÚTBOL d/b/a CONMEBOL, CONFEDERATION
OF NORTH, CENTRAL AMERICA AND
CARIBBEAN ASSOCIATION FOOTBALL d/b/a
CONCACAF, and BEST CROWD
MANAGEMENT, INC.,

                Defendants.
_____/

**JOINT STATUS REPORT**

Plaintiffs Das Nobel, Eduardo Martinez, Daniel Grande, William Pou, and David Ziemek (collectively, "Plaintiffs") and Defendants South Florida Stadium LLC ("SFS"), Miami Dolphins, Ltd., County Line South Properties, LLC, Dolphin Center Properties, LLC, Confederación Sudamericana de Fútbol, Confederation of North, Central America and Caribbean Association Football ("CONCACAF"), and BEST Crowd Management, Inc. (collectively, "Defendants" and with Plaintiffs, the "Parties"), respectfully submit the following joint status report:

On January 16, 2025, the Court granted the Parties' joint motion for a stay of all deadlines while the Parties participated in a mediation, and the Court directed the Parties to submit a status

report following the initial mediation scheduled for March 28, 2025. See Order Granting Joint Motion for a Stay of All Deadlines (Nobel Dkt. 153).

On March 28, 2025, the Parties participated in an in-person mediation before Terrence M. White of Upchurch Watson White and Max Mediation Group. The initial mediation was productive, but negotiations were not concluded during the March 28, 2025 session and were continued at the joint request of the Parties. A second mediation was then scheduled for May 13, 2025, and as a result, the Court granted the request of the Parties to extend the stay, directing the Parties to submit a joint status report by May 20, 2025. See Order Extending Stay of Proceedings (Nobel Dkt. 158).

On May 13, 2025, the Parties participated in a second mediation session before Mr. White.[1] On May 20, 2025, the Parties submitted a joint status report. See Joint Status Report (Nobel Dkt. 159). In the status report, the Parties informed the Court that the May 13, 2025 mediation session was productive, the remaining issues were addressed, and the Parties were in the process of preparing and circulating a draft term sheet. See Joint Status Report (Nobel Dkt. 159) at 2. The status report requested the stay be extended for an additional thirty (30) days while the Parties worked to finalize a term sheet. See id. On May 21, 2025, the Court granted the request for an extension of the stay and ordered Plaintiffs to submit a status report by June 20, 2025. See Order Granting Joint Motion for Extension of Stay (Nobel Dkt. 160).

On June 20, 2025, the Parties submitted a joint status report updating the Court on the progress made on finalizing a term sheet and requesting the stay be extended for an additional ten (10) days while the Parties worked to finalize and sign a term sheet. See Joint Status Report (Nobel

---

[1] The May 13, 2025 mediation took place by Zoom at the request of counsel for Kattia Garn, the Named Plaintiff in Garn v. South Florida Stadium, et al., Case No. 1:24-cv-25087 (S.D. Fla.) ("Garn"), as one of Ms. Garn's counsel lives in California.

Dkt. 161). On June 24, 2025, the Court granted the extension and directed Plaintiffs to submit a status report by July 3, 2025. See Order Granting Joint Motion for Extension of Stay (Nobel Dkt. 162).

On July 3, 2025, the Parties submitted a joint status report informing the Court that they had in fact finalized a term sheet and requested the stay be extended for an additional sixty (60) days while the Parties worked to prepare and execute a definitive, written settlement agreement. See Joint Status Report (Nobel Dkt 163). On July 7, 2025, the Court granted the extension and directed Plaintiffs to submit a status report by September 1, 2025. See Order Granting Joint Motion for Extension of Stay (Nobel Dkt. 164).

Since filing the July 3, 2025 status report, the Parties have made significant progress on a written settlement agreement.[2] In addition, at the direction of the U.S. Court of Appeals for the Eleventh Circuit, on July 23, 2025, SFS and CONCACAF participated in a mediation session with Plaintiff's counsel in Garn.[3] The mediation took place before Matthew Hodes, a mediator for the Eleventh Circuit. Although no settlement was reached at the July 23, 2025 mediation session, Plaintiff's counsel in Garn subsequently had productive conversations with Plaintiffs' counsel in Nobel as well as SFS's counsel about potentially joining the settlement in this case and dismissing the Garn action. If agreement can be reached on the dismissal of Garn, it will eliminate the need for the Eleventh Circuit and the District Court in Garn to spend any more time on that case.

---

[2] The term sheet and definitive written settlement agreement are both subject to the consent and participation of insurance carriers for a number of the Defendants, and efforts have been and are simultaneously underway to secure that consent and cooperation.

[3] The Garn case is currently before the Eleventh Circuit on the appeal of SFS and Confederation of North, Central America and Caribbean Association Football of the denial of their motion to compel arbitration by the District Court in Garn.

Although substantial progress has been made on a definitive, written settlement agreement in this case, in light of the number of parties involved, the above-referenced discussions with Plaintiff's counsel in <u>Garn</u>, and the need to obtain consent and participation of insurance carriers for a number of Defendants, the Parties anticipate needing an additional forty-five (45) days to finalize a settlement agreement. At this time, however, the Parties have no reason to believe why any further extensions will be necessary before a motion for preliminary approval can be filed with this Court for a proposed class settlement of this matter.

WHEREFORE, the undersigned respectfully request that the Court extend the current stay entered in this action for an additional forty-five (45) days in order to allow the Parties to finalize and execute a settlement agreement for the contemplated class settlement.

Date: September 1, 2025                                    Respectfully submitted,

| **VARNELL & WARWICK, P.A.** | **BILZIN SUMBERG BAENA PRICE & AXELROD LLP** |
|---|---|
| */s/ Jeffrey L. Newsome* | */s/ Melissa C. Pallett-Vasquez* |
| Jeffrey L. Newsome (FBN 1018667) | Melissa C. Pallett-Vasquez (FBN 0715816) |
| Janet R. Varnell (FBN 0071072) | Matthew W. Tieman (FBN 1044909) |
| Brian W. Warwick (FBN 0605573) | 1450 Brickell Avenue, Suite 2300 |
| Pamela G. Levinson (FBN 538345) | Miami, Florida  33131-3456 |
| Christopher J. Brochu (FBN 1013897) | Telephone:  (305) 350-2393 |
| 400 N. Ashley Drive, Suite 1900 | Facsimile:  (305) 374-7593 |
| Tampa, Florida  33602 | Email:  mpallett@bilzin.com |
| Telephone:  (352) 753-8600 | Email:  mtieman@bilzin.com |
| Email:  jnewsome@vandwlaw.com | Email:  eservice@bilzin.com |
| Email:  jvarnell@vandwlaw.com | |
| Email:  bwarwick@vandwlaw.com | |
| Email:  plevinson@vandwlaw.com | |
| Email:  cbrochu@vandwlaw.com | |

| | |
|---|---|
| **AYALA LAW, P.A.** | **LATHAM & WATKINS LLP** |
| */s/ Eduardo A. Maura* | Mark Mester (*pro hac vice* ECF No. 24) |
| Eduardo A. Maura (FBN 91303) | Johanna Spellman (*pro hac vice* ECF No. 25) |
| Luis F. Quesada Machado (FBN 1010305) | 330 North Wabash Avenue, Suite 2800 |
| Ryan M. Sawal (FBN 1038500) | Chicago, Illinois  60611 |
| Orestes D. Garcia (FBN 1049046) | Telephone:  (312) 876-7700 |
| 2490 Coral Way, Suite 401 | Email:  mark.mester@lw.com |
| Miami, Florida  33145 | Email:  johanna.spellman@lw.com |
| Telephone:  (305) 570-2208 | |
| Email:  eduardo@ayalalawpa.com | ***Counsel for Defendants South Florida Stadium LLC, Miami Dolphins, Ltd., County Line South Properties, LLC, and Dolphin Center Properties, LLC*** |
| Email:  lquesada@ayalalawpa.com | |
| Email:  rsawal@ayalalawpa.com | |
| Email:  orestes@ayalalawpa.com | |
| | |
| **HIRALDO P.A.** | **BAKER & HOSTETLER LLP** |
| */s/ Manuel S. Hiraldo* | */s/ Julie Singer Brady* |
| Manuel S. Hiraldo (FBN 030380) | Julie Singer Brady (FBN 389315) |
| 401 E. Las Olas Boulevard, Suite 1400 | Brandon T. Crossland (FBN 21542) |
| Ft. Lauderdale, Florida  33301 | 200 South Orange Avenue, Suite 2300 |
| Telephone:  (954) 400-4713 | Orlando, Florida  32801 |
| Email:  mhiraldo@hiraldolaw.com | Telephone:  (407) 649-4000 |
| | Facsimile:  (407) 841-0168 |
| **MOORE LAW, PLLC** | Email:  jsingerbrady@bakerlaw.com |
| | Email:  brcossland@bakerlaw.com |
| */s/ Fletcher Moore* | Email:  orlbakerdocket@bakerlaw.com |
| Fletcher Moore (admitted *pro hac vice*) | |
| 30 Wall Street, 8th Floor | ***Attorneys for Confederación Sudamericana de Fútbol, d/b/a CONMEBOL*** |
| New York, New York  10005 | |
| Telephone:  (212) 709-8245 | |
| Email:  fletcher@fmoorelaw.com | |
| | |
| **SQUITIERI & FEARON LLP** | **SIDLEY AUSTIN LLP** |
| */s/ Lee Squitieri* | */s/ Lawrence D. Silverman* |
| Lee Squitieri (admitted *pro hac vice*) | Lawrence D. Silverman (FBN 7160) |
| 305 Broadway, 7th Floor | Connor T. Evans (FBN 1039632) |
| New York, New York  10007 | 1001 Brickell Bay Drive, Suite 900 |
| Telephone:  (212) 421-6492 | Miami, Florida  33131 |
| Email:  lee@sfclasslaw.com | Telephone:  (305) 391-5100 |
| | Facsimile:  (305) 391-5101z |
| ***Counsel for Plaintiffs*** | Email:  lawrence.silverman@sidley.com |
| | Email:  connor.evans@sidley.com |

John J. Kuster (admitted *pro hac vice*)
Jon Muenz (*pro hac vice* pending)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
Email:  jkuster@sidley.com
Email:  jmuenz@sidley.com

*Counsel for Defendant Confederation of North, Central America and Caribbean Association Football*


**BRYAN CAVE LEIGHTON PAISNER LLP**

/s/ *C. Ryan Reetz*
C. Ryan Reetz (FBN 934062)
Pedro J. Martinez-Fraga (FBN 752282)
200 South Biscayne Boulevard, Suite 400
Miami, Florida  33131
Telephone:  (786) 322-7500
Facsimile:  (786) 322-7501
Email:  ryan.reetz@bclplaw.com
Email:  pedro.martinezfraga@bclplaw.com

Brian A. Sher (admitted *pro hac vice*)
Lauren J. Caisman (admitted *pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 3400
Chicago, Illinois  60601
Telephone:  (312) 602-5000
Facsimile:  (312) 602-5050
Email:  brian.sher@bclplaw.com
Email:  lauren.caisman@bclplaw.com

*Counsel for BEST Crowd Management, Inc.*