UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:24-cv-22751-BLOOM/Elfenbein**

DAS NOBEL, EDUARDO MARTINEZ, DANIEL
GRANDE, WILLIAM POU, and DAVID ZIEMEK
on behalf of themselves and on behalf of all other
similarly situated,

                                         Plaintiffs,

vs.

SOUTH FLORIDA STADIUM LLC d/b/a HARD
ROCK STADIUM, MIAMI DOLPHINS, LTD;
COUNTY LINE SOUTH PROPERTIES, LLC;
DOLPHIN CENTER PROPERTIES, LLC;
CONFEDERACIÓN SUDAMERICANA DE
FÚTBOL d/b/a CONMEBOL, CONFEDERATION
OF NORTH, CENTRAL AMERICA AND
CARIBBEAN ASSOCIATION FOOTBALL d/b/a
CONCACAF, and BEST CROWD
MANAGEMENT, INC.,

                                         Defendants.
_____/

**JOINT STATUS REPORT**

Plaintiffs Das Nobel, Eduardo Martinez, Daniel Grande, William Pou, and David Ziemek (collectively, "Plaintiffs") and Defendants South Florida Stadium LLC ("SFS"), Miami Dolphins, Ltd., County Line South Properties, LLC, Dolphin Center Properties, LLC, Confederación Sudamericana de Fútbol, Confederation of North, Central America and Caribbean Association Football ("CONCACAF"), and BEST Crowd Management, Inc. (collectively, "Defendants" and with Plaintiffs, the "Parties"), respectfully submit the following joint status report:

Since filing their September 1, 2025 status report, the Parties have continued to work on finalizing the settlement agreement and are pleased to report to the Court that they have reached

agreement on the terms thereof.  In addition, plaintiff's counsel in <u>Garn v. SFS, et al.</u>, Case No. 1:24-cv-25087 (S.D. Fla.), has recently confirmed he and his client will join the settlement.[1]

Prior to filing for preliminary approval, and pursuant to the settlement agreement, Plaintiffs will seek leave to file the Second Amended Complaint.  Thereafter, the Parties will jointly seek a stay of Defendants' deadline to answer the Second Amended Complaint while the Court considers approval of the settlement.

Accordingly, the Parties propose setting a deadline of November 17, 2025 for Plaintiffs to file a motion for preliminary approval for a proposed class settlement of this matter.  As before, the settlement agreement remains contingent on the participation of SFS's insurance carriers, but progress has been made in securing that cooperation since the last status report, and the Parties believe that those issues will be resolved by the time the motion for preliminary approval is filed next month.

WHEREFORE, the undersigned respectfully request that the Court set a deadline of November 17, 2025 for Plaintiffs to file a motion for preliminary approval.

---

[1] <u>Garn</u> is currently before the Eleventh Circuit on the appeal of SFS and CONCACAF <u>vis-à-vis</u> the denial of their motion to compel arbitration by the district court.

Date: October 20, 2025

Respectfully submitted,

**VARNELL & WARWICK, P.A.**

*/s/ Jeffrey L. Newsome*
Jeffrey L. Newsome (FBN 1018667)
Janet R. Varnell (FBN 0071072)
Brian W. Warwick (FBN 0605573)
Pamela G. Levinson (FBN 538345)
Christopher J. Brochu (FBN 1013897)
400 N. Ashley Drive, Suite 1900
Tampa, Florida 33602
Telephone: (352) 753-8600
Email: jnewsome@vandwlaw.com
Email: jvarnell@vandwlaw.com
Email: bwarwick@vandwlaw.com
Email: plevinson@vandwlaw.com
Email: cbrochu@vandwlaw.com

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

*/s/ Melissa C. Pallett-Vasquez*
Melissa C. Pallett-Vasquez (FBN 0715816)
Matthew W. Tieman (FBN 1044909)
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 350-2393
Facsimile: (305) 374-7593
Email: mpallett@bilzin.com
Email: mtieman@bilzin.com
Email: eservice@bilzin.com

**AYALA LAW, P.A.**

*/s/ Eduardo A. Maura*
Eduardo A. Maura (FBN 91303)
Luis F. Quesada Machado (FBN 1010305)
Ryan M. Sawal (FBN 1038500)
Orestes D. Garcia (FBN 1049046)
2490 Coral Way, Suite 401
Miami, Florida 33145
Telephone: (305) 570-2208
Email: eduardo@ayalalawpa.com
Email: lquesada@ayalalawpa.com
Email: rsawal@ayalalawpa.com
Email: orestes@ayalalawpa.com

**LATHAM & WATKINS LLP**

Mark Mester (*pro hac vice* ECF No. 24)
Johanna Spellman (*pro hac vice* ECF No. 25)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Email: mark.mester@lw.com
Email: johanna.spellman@lw.com

***Counsel for Defendants South Florida Stadium LLC, Miami Dolphins, Ltd., County Line South Properties, LLC, and Dolphin Center Properties, LLC***

| | |
|---|---|
| **HIRALDO P.A.** | **BAKER & HOSTETLER LLP** |
| */s/ Manuel S. Hiraldo* | */s/ Julie Singer Brady* |
| Manuel S. Hiraldo (FBN 030380) | Julie Singer Brady (FBN 389315) |
| 401 E. Las Olas Boulevard, Suite 1400 | Brandon T. Crossland (FBN 21542) |
| Ft. Lauderdale, Florida 33301 | 200 South Orange Avenue, Suite 2300 |
| Telephone: (954) 400-4713 | Orlando, Florida 32801 |
| Email: mhiraldo@hiraldolaw.com | Telephone: (407) 649-4000 |
| | Facsimile: (407) 841-0168 |
| **MOORE LAW, PLLC** | Email: jsingerbrady@bakerlaw.com |
| | Email: brcossland@bakerlaw.com |
| */s/ Fletcher Moore* | Email: orlbakerdocket@bakerlaw.com |
| Fletcher Moore (admitted *pro hac vice*) | |
| 30 Wall Street, 8th Floor | ***Attorneys for Confederación Sudamericana de Fútbol, d/b/a CONMEBOL*** |
| New York, New York 10005 | |
| Telephone: (212) 709-8245 | |
| Email: fletcher@fmoorelaw.com | |
| | |
| **SQUITIERI & FEARON LLP** | **SIDLEY AUSTIN LLP** |
| */s/ Lee Squitieri* | */s/ Lawrence D. Silverman* |
| Lee Squitieri (admitted *pro hac vice*) | Lawrence D. Silverman (FBN 7160) |
| 305 Broadway, 7th Floor | Connor T. Evans (FBN 1039632) |
| New York, New York 10007 | 1001 Brickell Bay Drive, Suite 900 |
| Telephone: (212) 421-6492 | Miami, Florida 33131 |
| Email: lee@sfclasslaw.com | Telephone: (305) 391-5100 |
| | Facsimile: (305) 391-5101z |
| ***Counsel for Plaintiffs*** | Email: lawrence.silverman@sidley.com |
| | Email: connor.evans@sidley.com |
| | |
| | John J. Kuster (admitted *pro hac vice*) |
| | Jon Muenz (*pro hac vice* pending) |
| | 787 Seventh Avenue |
| | New York, New York 10019 |
| | Telephone: (212) 839-5300 |
| | Facsimile: (212) 839-5599 |
| | Email: jkuster@sidley.com |
| | Email: jmuenz@sidley.com |
| | |
| | ***Counsel for Defendant Confederation of North, Central America and Caribbean Association Football*** |

**BRYAN CAVE LEIGHTON PAISNER LLP**

/s/ *C. Ryan Reetz*
C. Ryan Reetz (FBN 934062)
Pedro J. Martinez-Fraga (FBN 752282)
200 South Biscayne Boulevard, Suite 400
Miami, Florida  33131
Telephone:  (786) 322-7500
Facsimile:  (786) 322-7501
Email:  ryan.reetz@bclplaw.com
Email:  pedro.martinezfraga@bclplaw.com

Brian A. Sher (admitted *pro hac vice*)
Lauren J. Caisman (admitted *pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 3400
Chicago, Illinois  60601
Telephone:  (312) 602-5000
Facsimile:  (312) 602-5050
Email:  brian.sher@bclplaw.com
Email:  lauren.caisman@bclplaw.com

***Counsel for BEST Crowd Management, Inc.***